```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KATHLEEN MEEGHAN WALSH,                     :
                                            :
                Plaintiff,                  :           25-CV-6231 (OTW)
                                            :
        -against-                           :
                                            :           **POST-CONFERENCE**
                                            :           **ORDER**
FITCH SOLUTIONS INC., et al.,               :
                                            :
                Defendants.                 :
                                            :
                                            :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

An Initial Pretrial Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure was held on **Wednesday, November 19, 2025**. As discussed at the conference, Defendants are directed to make their initial disclosures required by Fed. R. Civ. P. by **November 21, 2025**. the parties are further directed to make their additional "core" disclosures by **December 19, 2025,** limited to the two years preceding Plaintiff's termination, and which include, *inter alia*:

- **from Defendant:** Plaintiff's performance evaluations, any performance improvement plans related to Plaintiff, Plaintiff's compensation and benefits information, and non-privileged internal communications related to Plaintiff's termination; and

- **from Plaintiff:** relevant, non-privileged communications related to the claims at issue in this case, and mitigation documents.

The parties are further directed to file a joint status letter on the docket by **February 27, 2026**, and on the last business Friday of each month thereafter, apprising the Court on the status of discovery (e.g., what discovery has been completed since the last letter, what discovery the parties intend to complete before the next letter, any disputes that require judicial resolution, whether the parties would like to discuss settlement).

**SO ORDERED.**

Dated: November 20, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge