**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

KATHLEEN MEEGHAN WALSH,

Plaintiff,

-against-

FITCH SOLUTIONS INC., et al.,

Defendants.

------------------------------------------------------------x

25-CV-6231 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' separate motions submitted pursuant to the Court's Individual Practices and Local Civil Rule 37.2. (ECF Nos. 68 and 70). Parties are directed to submit supplemental briefing regarding the Defendant's motion for a protective order. Briefs must include specific references to Mr. Spahn's deposition transcript, as well as the full deposition transcript. Plaintiff's opposition must include citations to case law, the record, and the Federal Rules of Civil Procedure. The briefing schedule is as follows:

- Defendants are directed to submit a brief in support of their motion for a protective order by **September 18, 2026.**
- Plaintiff is directed to submit her opposition by **September 25, 2026.**

The fact discovery deadline is extended to **October 25, 2026.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 9, 2026
New York, New York