**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
KATHLEEN MEEGHAN WALSH, :
:
Plaintiff, :
:
-against- :
:
FITCH SOLUTIONS INC., et al., :
:
Defendants. :
:
-----------------------------------------------------------x

25-CV-6231 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the Defendants' request that the Court provisionally seal ECF 79-1 because it is improperly redacted and exposes Defendants' pricing and client information. ECF 80.

The Clerk is respectfully directed to seal **the entirety of ECF 79** so that is visible only to the Court and the parties, pending filing of a proper motion to seal. *See* Individual Practices VI(b).

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 28, 2026
New York, New York